UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, *et al.*,<br><br>　　　　Respondents. | Case No.  1:25-cv-00755-CDB<br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE REDACTED DOCUMENTS<br><br>(Doc. 15)<br><br>**7-DAY DEADLINE** |

Petitioner John Doe ("Petitioner"), a federal prisoner proceeding by counsel, initiated this action on June 19, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).  On August 18, 2025, the Court granted in part and denied in part Petitioner's request to file certain documents under seal.  (Doc. 15).  In its order, the Court concluded that, under the balancing test articulated in *Oregonian Publishing Co., v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462, 1466 (9th Cir. 1990) as applied to four documents (Exhibits A, B, D, and N), Petitioner had failed to demonstrate that no alternatives to sealing could adequately protect the identified compelling interests given the availability of applying redactions.  The Court directed Petitioner to lodge with the Court proposed redacted copies of Exhibits A, B, D, and N for *in camera* review. *Id.* at 9.

Pending before the Court are the proposed redacted copies of said exhibits, timely lodged with the Court via email transmittal by Petitioner on August 28, 2025.

**Discussion**

**A. Governing Law**

Under the First Amendment, the press and the public have a presumed right of access to court proceedings and documents. *See generally Press-Enterprise Co. v. Super. Ct.*, 464 U.S. 501, 510 (1985); *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016); *cf. Olympic Ref. Co. v. Carter*, 332 F.2d 260, 264 (9th Cir. 1964) ("In the federal judicial system trial and pretrial proceedings are ordinarily to be conducted in public."). As a general rule, the public is permitted 'access to litigation documents and information produced during discovery.'" *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 424 (9th Cir. 2011) (quoting *Phillips v. Gen. Motors Corp.*, 307 F. 3d 1206, 1210 (9th Cir. 2002) and citing *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999)). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. Cty. & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

This presumed right can be overcome if (1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. *Oregonian Publishing Co.*, 920 F.2d at 1466 (citing *Press Enterprise*, 464 U.S. at 510).

**B. Analysis**

Here, in its prior order, the Court considered the factors set forth in *Oregonian Publ'g Co.* in connection with Petitioner's request to seal Exhibits A, B, D, and N (Doc. 5), finding that redaction provided an alternative to closure that could adequately protect the compelling interests. (Doc. 15 at 8; citing *In re Roman Catholic*, 661 F.3d at 424, & *Al Otro Lado, Inc. v. Wolf*, No. 3:17-cv-02366-BAS-KSC, 2020 WL 4432026, at *5 (S.D. Cal. July 31, 2020)). The Court has reviewed the proposed redacted copies of said exhibits lodged by Petitioner and finds the redactions appropriately tailored to protect the compelling interests in this action. Thus, the Court will grant Petitioner's request to file under seal Exhibits A, B, D, and N, and will direct Petitioner to lodge with the Clerk of the Court redacted versions of those exhibits as approved herein for filing.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's request to file under seal Exhibits A, B, D, and N is GRANTED;

2. **Within seven (7) days** of the date of this Order, Petitioner shall lodge a copy of this Order and the documents to be sealed (Exhibits A, B, D, and N) by email to the Operations Section of the Clerk of the Court:

    ApprovedSealed@caed.uscourts.gov

3. **Within seven (7) days** of entry of this Order, Petitioner SHALL lodge (via ApprovedSealed@caed.uscourts.gov) a copy of this Order and a new compendium of "Exhibit A-Y re Declaration of Kelsey Morales" (Doc. 6) the includes the redacted versions of Exhibits A, B, D, and N approved herein.

4. Upon receipt from Petitioner of the new compendium of "Exhibit A-Y re Declaration of Kelsey Morales" (Doc. 6), the Clerk of the Court SHALL replace the currently docketed version of the compendium with the version containing the approved redactions of Exhibits A, B, D, and N.

IT IS SO ORDERED.

Dated: **September 15, 2025**

UNITED STATES MAGISTRATE JUDGE